UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                 :

   - v. -                  :  NOTICE OF INTENT TO
             FILE AN INFORMATION
JOSEPH MCGIRL,                            :

     Defendant.    :  **07 CRIM 1001**

- - - - - - - - - - - - - - - - - x

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    October 2, 2007

          MICHAEL J. GARCIA
          United States Attorney

By: _____
   Harry A. Chernoff
   Assistant United States Attorney


          AGREED AND CONSENTED TO:

By: _____
   Diarmuid White, Esq.
   Attorney for JOSEPH MCGIRL

*Judge McMahon*

USDC S[DNY]
DO[CUMENT]
F[ILED]
FILED: 10/2/07