```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        - v. -                  :

JOSEPH MCGIRL,                  :

                Defendant.      :

- - - - - - - - - - - - - - - x
```

**Judge McMahon**

**WAIVER OF INDICTMENT**

07 Cr.      (CM)

**07 CRIM 1001**

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2, and Title 26, United States Code, Section 7206 (1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      October 30, 2007

0202